## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ROBERT LOGAN MORRIS,

    Plaintiff,

v.                              Case No.   3:20-cv-927-MMH-JBT

ST. AUGUSTINE POWERSPORTS,
LLC, and MARC MALAGA,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. No. 21; Stipulation) filed on February 16, 2021. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of February, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record